429

No. 64083.—Langfelder, Homma & Carroll, Inc., et al. *v.* United States, protests 59/26816, etc. (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subect of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64084.—New York Merchandise Co., Inc. *v.* United States, protest 59/25883 (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

No. 64085.—Levin Bros. *v.* United States, protest 59/22846 (New York).

Opinion by Oliver C. J.  In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

No. 64086.—Manca, Inc. *v.* United States, protest 59/27471 (New York).

Opinion by Oliver, C. J.  In accordance with stipulation of counsel that the merchandise consists of enlargers similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.